# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
JULISE NARBAIZ

**DEFENDANTS**
TCF FINANCIAL CORPORATION, d/b/a TCF BANKS

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INV.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603; (312) 606-0383

Attorneys (If Known)

**FILED JAN - 2 2008**
**JAN 0 2 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08cv0017**
**JUDGE NORGLE**
**MAG. JUDGE VALDEZ**

**II. BASIS OF JURISDICTION:** ☒ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT:** CIVIL RIGHTS — ☒ 442 Employment

**V. ORIGIN:** ☒ 1 Original Proceeding

**VI. CAUSE OF ACTION:** Race discrimination and retaliation in violation of 42 U.S.C. § 1981.

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No

**IX. This case** ☒ is not a refiling of a previously dismissed action.

**DATE:** 1/2/08

SIGNATURE OF ATTORNEY OF RECORD