# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JULISE NARBAIZ, Plaintiff,

V.

TCF FINANCIAL CORPORATION, d/b/a
TCF BANKS, Defendant.

CASE **08cv0017**
ASSIGNED JUDGE: **JUDGE NORGLE**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE VALDEZ**

TO: (Name and address of Defendant)

TCF FINANCIAL CORPORATION, d/b/a TCF BANKS
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN - 2 2008

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-2-08 |
| NAME OF SERVER (PRINT)　THOMAS E. NOLAN | TITLE　Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __DAWN SCHULTZ__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-2-08__
　　　　　　　　Date

Signature of Server

Suite 1420
120 S. LaSalle
Chicago, IL. 60603

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.