IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULISE NARBAIZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>TCF FINANCIAL CORPORATION,<br>d/b/a TCF BANKS,<br><br>                    Defendant. | No. 08 CV 00017<br><br>Hon. Charles R. Norgle, Sr.<br>   Judge Presiding<br><br>Magistrate J. Valdez |

## NOTICE OF FILING

TO:

TCF FINANCIAL CORPORATION, d/b/a TCF BANKS
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

    PLEASE TAKE NOTICE that on *Friday, January 4, 2008,* Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

                                        s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

    I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via certified U.S. mail, this 4th day of January, 2008, before the hour of 5:00 P.M.

                                        s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff