**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULISE NARBAIZ, ) <br> ) <br> ) Case No. 08 CV 0017 <br> ) <br> vs. ) The Hon. Charles R. Norgle <br> ) <br> TCF FINANCIAL CORPORATION, d/b/a ) Magistrate Judge Valdez <br> TCF BANKS, ) <br> ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Defendant TCF FINANCIAL CORPORATION, d/b/a TCF Banks, hereby moves the Court for an extension of time until February 5, 2008 to answer Plaintiff's First Amended Complaint or otherwise plead. In support of this motion, Defendant states as follows:

1.  On January 2, 2008, Plaintiff filed her Complaint in this matter. On January 4, 2008, Plaintiff filed her First Amended Complaint, adding additional counts. Absent any extension of time, Defendant's response to the First Amended Complaint is due on January 22, 2008.

2.  Plaintiff's First Amended Complaint is 14 pages long and contains many detailed factual allegations, some of which concern matters that occurred several years ago at numerous TCF branch locations located in Illinois and Indiana. Undersigned counsel was just recently retained and has not yet had a sufficient opportunity to gather necessary documents and to conduct a thorough review of the numerous facts and circumstances alleged in the First Amended Complaint. Accordingly, Defendant requests a fourteen-day extension of time until February 5, 2008 to prepare its response to Plaintiff's First Amended Complaint.

CH:205347v1

- 2 -

3. This brief extension of time is necessary for Defendant to complete its factual investigation regarding the matters asserted in the First Amended Complaint. The extension sought by Defendant is not sought for the purpose of delay, and will not prejudice any of the parties to this action.

4. On January 18, 2008, Counsel for Defendant spoke with Counsel for Plaintiff and Counsel for Plaintiff stated both that she agreed to the current motion and that Defendant could present its request to the Court as an agreed motion.

WHEREFORE, Defendant respectfully requests that the Court grant its motion for an extension of time to answer or otherwise plead and order Defendant to file an answer or other responsive pleading on or before February 5, 2008.

Respectfully submitted,

TCF FINANCIAL CORPORATION
d/b/a TCF BANKS, Defendant;

By: /s/ Jason A. Schmidt

Jake Schmidt (ARDC No. 6270569)
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: January 22, 2008

- 3 -

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on January 22, 2008, he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

> Lisa R. Kane
> LISA KANE & ASSOCIATES
> 120 South LaSalle Street
> Suite 1420
> Chicago, Illinois  60603

> /s/ Jason A. Schmidt