UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| JULISE NARBAIZ, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 08 CV 0017 |
| | ) | |
| vs. | ) | The Hon. Charles R. Norgle |
| | ) | |
| TCF FINANCIAL CORPORATION, d/b/a TCF BANKS, | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |

## NOTICE OF MOTION

To:   Lisa R. Kane
LISA KANE & ASSOCIATES
120 South LaSalle Street
Suite 1420
Chicago, Illinois  60603

YOU ARE HEREBY NOTIFIED that on January 25, 2008, at 9:30 a.m., the undersigned will appear before the Hon. Charles R. Norgle in courtroom 2341 of the U.S. District Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the **AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

TCF FINANCIAL CORPORATION
d/b/a TCF BANKS, Defendant;

By:  /s/ Jason A. Schmidt

Jake Schmidt (ARDC No. 6270569)
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: January 22, 2008

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on January 22, 2008, he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

>Lisa R. Kane
>LISA KANE & ASSOCIATES
>120 South LaSalle Street
>Suite 1420
>Chicago, Illinois 60603

>/s/ Jason A. Schmidt