**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULISE NARBAIZ, ) <br> ) <br> ) Case No. 08 CV 0017 <br> ) <br> vs. ) The Hon. Charles R. Norgle <br> ) <br> TCF FINANCIAL CORPORATION, d/b/a ) Magistrate Judge Valdez <br> TCF BANKS, ) <br> ) | |

**DEFENDANT'S NOTIFICATION OF AFFILIATES –**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, TCF FINANCIAL CORPORATION, by and through its attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby states the following: (1) TCF FINANCIAL CORPORATION is a bank holding company that owns all of the outstanding shares of stock in TCF National Bank, a wholly owned subsidiary; (2) TCF FINANCIAL CORPORATION is a publicly held corporation; (3) TCF FINANCIAL CORPORATION does not have a parent corporation; and (4) no shareholder owns 5% or more of the stock in TCF FINANCIAL CORPORATION.

                                                Respectfully submitted,

                                                TCF FINANCIAL CORPORATION
                                                d/b/a TCF BANKS, Defendant;

                                                By: /s/ Jason A. Schmidt

Jake Schmidt (ARDC No. 6270569)
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: January 23, 2008

CH:205506v1

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on January 23, 2008, he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

> Lisa R. Kane
> LISA KANE & ASSOCIATES
> 120 South LaSalle Street
> Suite 1420
> Chicago, Illinois  60603

> /s/ Jason A. Schmidt

CH:205506v1