UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULISE NARBAIZ,<br><br>vs.<br><br>TCF FINANCIAL CORPORATION, d/b/a TCF BANKS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 CV 0017<br><br>The Hon. Charles R. Norgle<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To: Lisa R. Kane
LISA KANE & ASSOCIATES
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

    YOU ARE HEREBY NOTIFIED that on January 25, 2008, at 9:30 a.m., the undersigned will appear before the Hon. Charles R. Norgle in courtroom 2341 of the U.S. District Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the **AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and hereby served upon you.

    Respectfully submitted,

    TCF FINANCIAL CORPORATION
    d/b/a TCF BANKS, Defendant;

    By: /s/ Jason A. Schmidt

Jake Schmidt (ARDC No. 6270569)
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: January 22, 2008

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on January 22, 2008, he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

> Lisa R. Kane
> LISA KANE & ASSOCIATES
> 120 South LaSalle Street
> Suite 1420
> Chicago, Illinois  60603

> /s/ Jason A. Schmidt