**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Julise Narbaiz
         Plaintiff,

v.               Case No.: 1:08−cv−00017
               Honorable Charles R. Norgle Sr.

TCF Financial Corporation
         Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Valdez for the purpose of holding proceedings related to: settlement conference. (ewf, )Mailed notice.


Dated: March 10, 2008

                     /s/ Charles R. Norgle Sr.
                     United States District Judge