UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JULISE NARBAIZ,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **TCF FINANCIAL CORPORATION,** ) <br> **d/b/a TCF BANKS,** ) <br> ) <br> Defendant. ) <br> ) | NO. **08 CV 00017** <br> **Judge Norgle** <br> Magistrate Judge Valdez |

## MOTION FOR THE ENTRY OF AN AGREED PROTECTIVE ORDER

Defendant, TCF National Bank ("TCF"), by its attorneys, Epstein Becker & Green, P.C., moves the court to enter the parties' Agreed Protective Order to protect the disclosure of confidential information, including customer and personnel information. In support of the motion, Defendant states as follows:

1. The parties are currently conducting written discovery concerning Plaintiff's claims of national origin and race discrimination and retaliation. Plaintiff has requested various policies of Defendant as well as documents relating to the performance of current and former employees.

2. The parties have drafted and signed an Agreed Protective Order, which is attached as Exhibit A, covering confidential information, such as Defendant's policies and personnel information about its current and former employees, to be entered by the court.

CH:224138v1

1

WHEREFORE, Defendant moves the court to enter the attached Agreed Protective Order.

TCF NATIONAL BANK

By: /s/ Julie Badel

Julie Badel
Jake Schmidt
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: May 19, 2008

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 19, 2008, s/he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

>Lisa R. Kane
>LISA KANE & ASSOCIATES
>120 South LaSalle Street
>Suite 1420
>Chicago, Illinois  60603


>/s/ Julie Badel