UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JULISE NARBAIZ**,<br><br>vs.<br><br>**TCF FINANCIAL CORPORATION, d/b/a TCF BANKS**, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **08 CV 0017**<br><br>**The Hon. Charles R. Norgle**<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To: Lisa R. Kane
LISA KANE & ASSOCIATES
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

YOU ARE HEREBY NOTIFIED that on May 30, 2008, at 9:30 a.m., the undersigned will appear before the Hon. Charles R. Norgle in courtroom 2341 of the U.S. District Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the **MOTION FOR THE ENTRY OF AN AGREED PROTECTIVE ORDER**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,
TCF FINANCIAL CORPORATION
d/b/a TCF BANKS, Defendant

By: /s/ Julie Badel

Julie Badel
Jake Schmidt
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: May 19, 2008
224161v1<CH>

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 19, 2008, s/he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

Lisa R. Kane
LISA KANE & ASSOCIATES
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

/s/ Julie Badel