UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Julise Narbaiz
                    Plaintiff,

v.                                       Case No.: 1:08−cv−00017
                                           Honorable Charles R. Norgle Sr.

TCF Financial Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 7/23/2008. Discovery ordered closed by 10/1/2008. Status hearing is continued to 11/14/2008 at 0:30 a.m.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.